UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
==============================================X   **Index No.**
LUMBERMENS MUTUAL CASUALTY COMPANY,

                            Plaintiff,   **RULE 7.1 STATEMENT**

    -against-

RGIS INVENTORY SPECIALISTS, LLC,
CAMRAC INC. d/b/a ENTERPRISE RENT-A-CAR and
ROBERT M. BIRARDI,

                           Defendants.
==============================================X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for plaintiff, LUMBERMENS MUTUAL CASUALTY COMPANY ("Lumbermens"), a non-governmental corporate party, Lumbermens does not have a parent corporation and no publicly-held corporation owns 10% or more of Lumbermens' stock.

Dated:   Mineola, New York
           February 8, 2008

                                         HAVKINS ROSENFELD RITZERT &
                                         VARRIALE, LLP

                                  By: _____
                                        Gail L. Ritzert (GR6120)
                                *Attorneys for the Plaintiff*
                                *LUMBERMENS MUTUAL CASUALTY*
                                *COMPANY*
                                114 Old Country Road
                                Suite 300
                                Mineola, New York 11501
                                (516) 620-1700
                                File No.:   03514-0143

**TO:**

RGIS Inventory Specialists
2000 East Taylor Rd.
Auburn Hills, MI 48328

CAMRAC, Inc.
2500 East Main Street
Waterbury, CT 06705-2803

Robert M. Birardi
22 Woods Way
Woodbury, CT 06798