**HAWKINS
ROSENFELD
RITZERT &
VARRIALE, LLP**

**HRRV**

COUNSELORS AT LAW

Jonathan A. Judd
Direct Dial: (646) 747-5120
Email: Jonathan.Judd@hrrvlaw.com

Reply to New York Office

April 1, 2008

**VIA FACSIMILE**
Honorable Harold Baer, Jr.
United States District Court for the
Southern District of New York
500 Pearl Street, Chambers 2230
New York, NY 10007

    Re:    Lumbermens Mutual Casualty Company v. RGIS Inventory Specialists, LLC, CAMRAC INC. d/b/a Enterprise Rent-A-Car and Robert M. Birardi
           Case No.: 08 CV 01316
           Our File No.: 3514.143

Honorable Judge Baer:

    Please be advised that this office represents the plaintiff, Lumbermens Mutual Casualty Company, in the above-referenced matter.

    This matter is scheduled for a pre-trial conference on Thursday, April 3, 2008. The parties respectfully request that Your Honor adjourn the pre-trial conference until Tuesday, April 29, 2008 since none of the defendants have appeared yet. Each of the defendants has consented to this adjournment.

    Thank you for your consideration. If you have any questions, please do not hesitate to contact me.

Very truly yours,

Jonathan A. Judd (J1655)

Eleven Penn Plaza ■ Suite 2101 ■ New York, New York 10001
212-488-1598 ■ 212-564-0203 Facsimile
114 Old Country Road ■ Suite 300 ■ Mineola, New York 11501
516-747-1900 ■ 516-746-0833 Facsimile
www.hrrvlaw.com

*[Handwritten annotation by Judge Baer:] My conference are alternate Thursdays and I travel and adjournments leave something to be desired. I can almost always adjourn again. At a PTC but I will adjourn to May 6 at 9:30 A.M. SO ORDERED. Harold Baer [date] 4/1/08*



Honorable Judge Baer
April 1, 2008
Page 2

cc.
Sanford N. Berland, Esq.
Dickstein Shapiro LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(Via Facsimile and Regular Mail)


Robert Glick, Esq.
Brand Glick & Brand, P.C.
600 Old Country Road, Suite 440
Garden City, NY 11530
(Via Facsimile and Regular Mail)

Endorsement:

    My conference days are alternate Thursdays.  I rarely give adjournments since I can almost always learn something at a PTC but I will adjourn yours to May 8 at 9:30 A.M.