RECEIVED
APR 08 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

LUMBERMENS MUTUAL CASUALTY
COMPANY,

           Plaintiff,

-against-

RGIS INVENTORY SPECIALISTS, LLC,
CAMRAC INC. d/b/a ENTERPRISE RENT-A-CAR
and ROBERT M. BIRARDI,

           Defendants.
-----------------------------------------------------------X

Index No.: 08 CV 01316 (HB)

STIPULATION EXTENDING
TIME TO RESPOND

Defendants RGIS Inventory Specialists, LLC and Robert M. Birardi (collectively, "Defendants") hereby appear in this action by the undersigned attorney.

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for the parties to this action, that Defendants' time to answer, move or otherwise respond to the Complaint is extended up to and including April 11, 2008. IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in counterparts and a copy or a facsimile copy of a signature shall be effective as if it were an original.

Dated: April 7, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #. _____
DATE FILED: 4/8/08

DOCSNY-298483

| DICKSTEIN SHAPIRO LLP | HAVKINS, ROSENFELD, RITZERT & VARRIALE, LLP |
|---|---|
| By: _____ JL<br>SANFORD N. BERLAND | By: _____ JLS<br>GAIL L. RITZERT |
| 1177 Avenue of the Americas<br>New York, New York 10036-2714<br>Phone: (212) 277-6500<br>*Attorneys for Defendants*<br>RGIS INVENTORY SPECIALISTS, LLC<br>and ROBERT M. BIRARDI, | 114 Old Country Road, Ste 300<br>Mineola, New York 11501<br>(516) 620-1710<br>*Attorneys for Plaintiff*<br>Lumbermens Mutual Casualty Company |

*[signature] 4/8/08*

DOCSNY-298483