UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Lumbermens Mutual Casualty Company,<br><br>-v-<br><br>RGIS Inventory Specialitst, LLC, Camrac Inc. d/b/a Enterprise Rent-a-Car and Robert M. Birardi,     Plaintiff,<br><br>    Defendant. | Case No. 08 CV 01316<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for RGIS, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

There are no publicly held corporate parents, affiliates and/or subsidiaries.

**Date:** April 11, 2008

s/Sanford N. Berland
**Signature of Attorney**

**Attorney Bar Code:** SB5425