```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUMBERMENS MUTUAL CASUALTY COMPANY,
                                              RULE 7.1 DISCLOSURE

                    Plaintiffs,              08-CV-01316

        -against-
                                              Jury Demanded
RGIS INVENTORY SPECIALISTS, LLC,
CAMRAC, INC., d/b/a ENTERPRISE RENT-
A-CAR and ROBERT M. BIRARDI,

                    Defendants.
------------------------------------------------------------X
```

Pursuant to Rule 7.1 of the Local Rules of the Southern District of New York, the undersigned respectfully certifies the following upon information and belief:

Defendant, CAMRAC, INC., IS not a publicly held corporation.

DATED:    Garden City, New York
          April 23, 2008

                              Defendant Camrac, ncC.

                              By its attorneys:

                              BRAND GLICK & BRAND, P.C.

                              By: _____

                              Peter M. Khrinenko (PK 9407)
                              600 Old Country Road, Ste. 440
                              Garden City, New York 11530
                              (516) 746-3500