## CERTIFICATE OF SERVICE

I, **GAIL L. RITZERT**, hereby certify that on April 30, 2008, the foregoing document, **ANSWER TO COUNTERCLAIMS**, was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
Attorneys for Defendants
*RGIS INVENTORY SPECIALISTS, LLC and ROBERT M. BIRARDI*

BRAND, GLICK & BRAND, P.C.
600 Old Country Road, Suite 440
Garden City, New York 11530
Attorneys for Defendant
*CAMRAC INC. d/b/a ENTERPRISE RENT-A-CAR*

_____
GAIL L. RITZERT, ESQ. (GR6120)
HAVKINS ROSENFELD RITZERT
& VARRIALE, LLP
Attorneys for Plaintiff
*LUMBERMENS MUTUAL CASUALTY COMPANY*
114 Old Country Road, Suite 300
Mineola, New York 11501
(516) 620-1700
File No. 03514-0143

01217524.DOC /