UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY, | 08-CV-01316 |
| Plaintiff, | |
| - against - | **RULE 7.1 DISCLOSURE** |
| RGIS INVENTORY SPECIALISTS, LLC, CAMRAC, INC., d/b/a ENTERPRISE RENT-A-CAR and ROBERT M. BIRARDI, | Jury Demanded |
| Defendants. | |

-------------------------------------------------------------------X

Pursuant to Rule 7.1 of the Local Rules of the Southern District of New York, the undersigned respectfully certifies the following upon information and belief:

Plaintiff, LUMBERMENS MUTUAL CASUALTY COMPANY, is not a publicly held corporation.

Dated: Mineola, New York
April 30, 2008

HAVKINS ROSENFELD RITZERT
& VARRIALE, LLP

By: _____
Gail L. Ritzert, Esq. (GR6120)
Attorneys for Plaintiff
*LUMBERMENS MUTUAL CASUALTY COMPANY*
114 Old Country Road, Suite 300
Mineola, New York 11501
(516) 620-1700
File No. 03514-0143

01217524.DOC /