United States District Court
Southern District of New York

---

Lumbermens Mutual Casualty Company

    -against-

RGIS Inventory Specialists, LLC, Camrac Inc. d/b/a
Enterprise Rent-A-Car and Robert M. Birardi,

**AFFIDAVIT OF SERVICE**
Case#08CV01316

---

STATE OF NEW YORK
COUNTY OF ALBANY    SS:

Frank J. Panucci, being duly sworn says: Deponent is over the age of eighteen, is not party to the action and is a resident of New York State, that: Deponent served the following specific papers in the above entitled action: Summons in a Civil Action, Civil Cover Sheet, Declaratory Judgment Complaint and Rule 7.1 Statement. That the party which was served was **RGIS, LLC** (f/k/a RGIS Inventory Specialists, LLC)

That on the 19th day of February 2008, at approx. 11:54 a.m., at their offices at 145 Wolf Road, Albany, New York 12205, one (1) copy of the aforesaid papers were served by personally delivering to and leaving with Sheila VanAlsteine, Training Manager, and known to me to be empowered to receive such service on behalf of **RGIS, LLC**.

Description of Sheila VanAlsteine - Training Manager
white female, approx. 50 yrs., 5'6", 165 lbs., brown hair, glasses

                                                  Frank J. Panucci

Sworn to before me
this 19th day of February 2008.

PAULA J. COLE
Notary Public, State of New York
Qualified in Albany County
No. 01CO9042570
Commission Expires September 30, 2010