

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LUMBERMENS MUTUAL CASUALTY COMPANY,

        Plaintiff,

     -against-

RGIS INVENTORY SPECIALISTS, LLC, CAMRAC
INC. D/B/A ENTERPRISE RENT-A-CAR AND
ROBERT M. BIRARDI,

        Defendants.
-----------------------------------------------------------X

Index No. 08 CV 01316

AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
        S.S.:
COUNTY OF NEW CASTLE  )

    ONTRY PATTEN, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

    That on the 19th day of February, 2008, at approximately the time of 5:05 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; DECLARATORY JUDGMENT COMPLAINT; RULE 7.1 STATEMENT; AND CIVIL COVER SHEET upon RGIS INVENTORY SPECIALISTS, LLC c/o Incorporating Systems, Ltd. at 3500 South Dupont Highway, Dover, DE, by personally delivering and leaving the same with PHYLLIS BROWN who informed deponent that she holds the position of Managing Agent with that company and is authorized by appointment to receive service at that address.

    PHYLLIS BROWN is a black female, approximately 41 years of age, stands approximately 5 feet 5 inches tall, weighs approximately 135 pounds with brown hair.

_____
ONTRY PATTEN

Sworn to before me this
25th day of February, 2008

_____
NOTARY PUBLIC

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 16, 2008

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com