**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LUMBERMENS MUTUAL CASUALTY COMPANY,

        Plaintiff,

    -against-

RGIS INVENTORY SPECIALISTS, LLC, CAMRAC
INC. D/B/A ENTERPRISE RENT-A-CAR AND
ROBERT M. BIRARDI,

        Defendants.
-------------------------------------------------------------X

Case No. 08 CV 01316

AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT  )
         S.S.:
COUNTY OF HARTFORD    )

    MICHAEL WALTON, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

    That on the 19th day of February, 2008, at approximately the time of 11:30 AM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; DECLARATORY JUDGMENT COMPLAINT; RULE 7.1 STATEMENT; AND CIVIL COVER SHEET upon CAMRAC INC., d/b/a Enterprise Rent-A-Car c/o CT Corporation System at One Corporate Center, 11th Floor, Hartford, CT, by personally delivering and leaving the same with ANGIE FARINEAU who informed deponent that she holds the position of Fulfillment Specialist with that company and is authorized by appointment to receive service at that address.

    ANGIE FARINEAU is a white female, approximately 40 years of age, stands approximately 5 feet 2 inches tall, weighs approximately 120 pounds with brown hair.

_____
MICHAEL WALTON

Sworn to before me this
27 day of February, 2008

_____
NOTARY PUBLIC

**KATHERINE CHAVES**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JULY 31, 2008

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com