**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LUMBERMENS MUTUAL CASUALTY COMPANY,

        Plaintiff,

        -against-

RGIS INVENTORY SPECIALISTS, LLC, CAMRAC
INC. D/B/A ENTERPRISE RENT-A-CAR AND
ROBERT M. BIRARDI,

        Defendants.
-------------------------------------------------------------X

Case No. 08 CV 01316

AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT   )
                            S.S.
COUNTY OF HARTFORD      )

    Daniel Russbach, being duly sworn, deposes and says that he/she is over eighteen years of age, is an agent of the attorney service, DLS, INC., and is not party to this action.

    That on the 23rd day of February, 2008, at approximately the time of *1:35 P.M.* deponent served a true copy of the SUMMONS IN A CIVIL ACTION; DECLARATORY JUDGMENT COMPLAINT; RULE 7.1 STATEMENT; AND CIVIL COVER SHEET upon ROBERT M. BIRARDI at 936 Washington Road, Woodbury, CT, by personally delivering and leaving the same with his wife, DONNA COLE, a person of suitable age and discretion at that address, the actual place of residence. At the time of service, deponent asked whether ROBERT M. BIRARDI is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

    DONNA COLE is a White female, approximately 40 years of age, stands approximately 5 feet 2 inches tall, weighs approximately 120 pounds with Brown hair.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

 **Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

That on the 25th day of February, 2008, deponent served another copy of the foregoing upon ROBERT M. BIRARDI by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City of East Hartford and State of Connecticut, addressed as follows:

ROBERT M. BIRARDI
936 Washington Road
Woodbury, CT 06798

_____
PROCESS SERVER

Sworn to before me this
27th day of February, 2008

_____
NOTARY PUBLIC
8.31.20__



D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com