ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
LUMBERMENS MUTUAL CASUALTY            08 CV 01316
COMPANY,

          *Plaintiff,*

      -against-

RGIS INVENTORY SPECIALISTS, LLC,
CAMRAC INC. d/b/a ENTERPRISE RENT-A-CAR
and ROBERT M. BIRARDI,

          *Defendants-Counterclaimants.*
----------------------------------------------------------X

    **IT IS HEREBY STIPULATED AND AGREED**, by and between undersigned counsel for Defendants-Counterclaimants RGIS, LLC, Robert M. Birardi, Camrac Inc. d/b/a Enterprise Rent-A-Car (collectively, "Defendants-Counterclaimants") and Plaintiff Lumbermens Mutual Casualty Company ("Lumbermens"), that all documents filed with the Court in connection with the current motions by the Plaintiff and Defendants-Counterclaimants shall be placed under seal.

SO ORDERED:
Harold Baer, Jr.
Date: 8/19/08

Sealed documents may be unsealed, upon notice to the parties, pursuant to further order of the Court.

SO ORDERED:
_____
Hon. Harold Baer, Jr., U.S.D.J.
Date: 8/16/08

DOCSNY-J21866v01

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts and a copy or a facsimile copy of a signature shall be effective as if it were an original.

Respectfully submitted,

_____
Sanford N. Berland
Dickstein Shapiro LLP
1177 Avenue of the Americas
New York, New York 10036-2714
*Attorneys for Defendants*
RGIS, LLC and ROBERT M. BIRARDI

_____
Gail L. Ritzert
Havkins Rosenfeld Ritzert & Varriale, LLP
114 Old Country Road, Suite 300
Mineola, New York 11501
*Attorney for Plaintiff*
LUMBERMENS MUTUAL CASUALTY COMPANY

_____
Peter M. Khrinenko
600 Old Country Road, Suite 440
Garden City, New York 11530
*Attorney for Defendant*
CAMRAC INC., d/b/a ENTERPRISE RENT-A-CAR

SO ORDERED,

DATED:

_____
New York, New York:

_____
Hon. Harold Baer, Jr.
United States District Judge

DOCSNY-321866v01